# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BIRCH, *individually and on behalf of all others similarly situated*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FAMILY FIRST LIFE, LLC, et al.,<br><br>Defendants. | Case No. 22-cv-815-MMA (NLS)<br><br>**ORDER GRANTING EX PARTE MOTION TO AMEND COMPLAINT**<br><br>[Doc. No. 5] |

On June 3, 2022, Plaintiffs Greg Birch and David Doehring initiated this action against Family First Life, LLC, Shawn Meaike, and Andrew Taylor. *See* Doc. No. 1. On August 1, 2022, Plaintiffs filed a First Amended Complaint. *See* Doc. No. 2. Plaintiffs now move *ex parte* for leave to file a Second Amended Complaint. *See* Doc. No. 5.

According to the motion, Plaintiffs seek to add an additional plaintiff, four new claims, and certain factual allegations. Plaintiffs explain they only learned of the proposed plaintiff—and thus, his two Florida state law claims—some one hour after filing the First Amended Complaint. *See* Doc. No. 5-1 ¶ 4. Moreover, Plaintiffs only recently discovered facts giving rise to the remaining two proposed claims and allegations. *Id.* ¶¶ 7–8.

At this juncture, none of the Defendants have yet been served and this case is still in its infancy. Therefore, upon due consideration of Plaintiff's counsel's declaration,

good cause appearing, the Court **GRANTS** Plaintiff's motion. The Court **DIRECTS** the Clerk of Court to file the Second Amended Complaint, Doc. No. 5-3, along with the redlined version, Doc. No. 5-2, as a separate entry on the docket as of the date of this Order.

**IT IS SO ORDERED**.

Dated: August 9, 2022

HON. MICHAEL M. ANELLO
United States District Judge