1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

GREG BIRCH, *individually and on behalf of all others similarly situated*, et al.,

Plaintiffs,

v.

FAMILY FIRST LIFE, LLC, et al.,

Defendants.

Case No. 22-cv-815-MMA (NLS)

**ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE**

[Doc. No. 34]

On November 28, 2022, the parties filed a joint motion to extend the time for Defendants to file replies in support of their pending motions to dismiss and motion to transfer, or in the alternative, stay the action pursuant to the first-to-file rule (the "Motions"). *See* Doc. Nos. 20, 21, 24, 34. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion. Accordingly, all Defendants' reply briefs in support of their Motions are due on or before **December 12, 2022**. In addition, the Motion Hearing currently scheduled for December 12, 2022 is **VACATED** and **RESET** to **January 9, 2023** at 2:30 p.m. in Courtroom 3C.

**IT IS SO ORDERED**.

Dated: November 28, 2022

HON. MICHAEL M. ANELLO
United States District Judge

-1-                                                22-cv-815-MMA (NLS)