# EXHIBIT A



# LEADS

The secret to success at Family First Life is putting yourself in a position to always have people to call. As long as you are consistent, persistent, and resolve every lead. You will never lose money on leads

## LEAD SOLUTIONS: FAMILY FIRST LIFE

## SIGN UP FOR LEAD DISCOUNTS WITH WORKSPOTS APP

Leads, Leads, Leads & Lead Flow - TNL Live Life Insurance Sales Training wit...



11/21/22, 1:02 PM                                            Leads - Business Magazine

### CRM - Internet Life Leads - The Bag of Gold waiting to be Picked Up by FFL A...



### CRM Leads Order Tutorial



### Everything a new agent needs to know about leads