# EXHIBIT B

Case 3:22-cv-00815-MMA-SBC   Document 46-2   Filed 05/04/23   PageID.797   Page 2 of 5

4/21/23, 9:26 AM                    HAVE SOME RESPECT FOR YOURSELF. Learn the aphorisms of the CEO of the biggest Life Insurance IMO - YouTube

☰  ▶YouTube                                                                                                    🔍  🎤  ⋮    ⓒ Sign in



Show chat replay

**Monday Morning Wake Up Podcast**                                                                                           ✕
Family First Life West Coast · 1 / 53
⇄  ⤫



Case 3:22-cv-00815-MMA-SBC   Document 46-2   Filed 05/04/23   PageID.798   Page 3 of 5

4/21/23, 9:26 AM                         HAVE SOME RESPECT FOR YOURSELF. Learn the aphorisms of the CEO of the biggest Life Insurance IMO - YouTube

 ☰  ▶ YouTube                                                                                                         🔍  🎤  ⋮  ⓒ Sign in

HAVE SOME RESPECT FOR YOURSELF. Learn the aphorisms of the CEO of the biggest Life Insurance IMO

Family First Life West Coast                                                                  👍 116   👎   ↗ Share   =+ Save   ...
11.8K subscribers

1,874 views  Premiered Jan 31, 2022  Monday Morning Wake Up Podcast
Join our team!
https://www.joinfflwestcoast.com to inquire.

The 5 Reasons Why This Is The Best Place For You:

1. HIGHEST COMPENSATION: Highest compensation in the industry. Starting 100%, and the ability to earn up to 145%. PLUS Bonuses on top of that.

2. TOP TRAINING: Best Training in the industry from active top producers teaching what is making them so successful. We will help you become the smartest agent in the field.

Join our team!
https://www.joinfflwestcoast.com to inquire.

3. FRESH LEADS: Direct Mail Mortgage, Internet, Final Expense, Medicare, and Annuity leads

costs for Training. No costs for your back office. No costs for training events or the Annual Convention. Plus Free license training for new agents.

5. VESTED RENEWALS: Fully Vested Renewals From Day One and we do not make you sign a contract.

Join our team!
https://www.joinfflwestcoast.com to inquire.

We welcome licensed and unlicensed Agents. No license? We can help you get your license. Get Access to find out how! https://joinfflwestcoast.com

facebook.com/fflwestcoast
instagram.com/fflwestcoast

## Chapters                                                                                                                        View all

          

0:00              1:30                6:00               15:00               20:00             27:00
Intro             Family First Life   Respect Yourself   Consistent Response  Big Picture       Free Leads

## Explore the podcast

  Monday Morning Wake Up Podcast
                      Family First Life West Coast

  Podcasts                                                                                                    ⟩

## Music

SONG                                                                                                                       Local Elevator

ARTIST                                                                                                                     Kevin Macleod

ALBUM                                                                                                                      Local Elevator

LICENSES                                                                                                                            ⌄

Get YouTube Premium

Case 3:22-cv-00815-MMA-SBC   Document 46-2   Filed 05/04/23   PageID.799   Page 4 of 5

4/21/23, 9:26 AM                HAVE SOME RESPECT FOR YOURSELF. Learn the aphorisms of the CEO of the biggest Life Insurance IMO - YouTube

     Sign in

Show less


Learn how to find success quickly from top producer Afroditi Lalaj
Family First Life West Coast
1.1K views · 3 months ago


MUST WATCH Before You Get To Miami 2022 Conventio
Family First Life West Coast
797 views · 1 year ago


HOW A 19 YEAR OLD CHANGED HIS LIFE WORKING HARD AND HELPING FAMILIES - MMW Podcast Ep. 57
Family First Life West Coast
9.7K views · 1 year ago


Mix - Family First Life West Coast
More from this channel for you


Eric Thomas - Change The Way You See Yourself (Eric Thomas Motivation)
HESMotivation ✓
3.4M views · 4 years ago


What YOU can do to become a more successful leader and entrepreneur. - MMWU ep. 104
Family First Life West Coast
1.4K views · 3 months ago


Money Talks: Crypto Market - News, Insights, Analysis
Abra
136 views · Streamed 57 seconds ago
New


100 Ways to Motivate Yourself, Change Your Life Forever by Steve Chandler
Audiobook God
382K views · 8 years ago


Napoleon Hill Related Discussions
Joseph Rodrigues ✓
Updated 7 days ago

LIFE INSURANCE TEST STUDY GUIDE
Miguel Camargo
12K views · 7 months ago


Learn personal production tips from the #1 insurance producer in Family First Life
Family First Life West Coast
3.9K views · 6 months ago

Jordan Peterson: How to Gain Self-Respect
PhilosophyInsights
854K views · 5 years ago

Paul Solomon: "Self Talk"
Johannes
112K views · 7 years ago

 

### Top producer Ben Smith breaks down how to channel your discipline into MASSIVE success
Family First Life West Coast
313 views · 1 month ago

### The Stories, Sturggles, and Setbacks of an INTEGRITY parter - MMW ep. 61 (feat. John Gavin)
Family First Life West Coast
1.1K views · 1 year ago

### RESPECT YOURSELF - Powerful Life Advice | Jordan Peterson
MoreToTheWise
802K views · 3 years ago

### Family First Life CEO brings the PSYCHOLOGY behind the sale. Up your MINDSET - MMW ep. 63
Family First Life West Coast
3.3K views · 1 year ago

### Prep Agent Vocabulary (Meditation) version
Everett Gilliam El
28K views · 1 year ago

### Learn telesales and live transfers from two of the BEST in FFL!
Family First Life West Coast
5.3K views · 1 year ago

Show more

45 Comments    Sort by

Add a comment...

**bobb286** 1 year ago
Inspiring and uplifting as usual. Thank you so much for making this available to us. FFL is the greatest company on the planet. I am new, but already beyond enamored with the leaders in this organization.
👍 2  👎  Reply
    · 1 reply

**Benedict Beluchukwu** 1 year ago
Power-packed! Thank you guys so much for a phenomenal teaching!
👍  👎  Reply
    · 1 reply

**curtis maldonado** 1 year ago
Amazing content, leadership, and training, thanks always!
👍  👎  Reply

**Lea Chanel King** 1 year ago
So blessed to be part of this business. Surrounded by winners!
👍  👎  Reply
    · 1 reply

**Masoniann** 1 year ago
Here after convention, learned so much and I'm ready to hit the ground running