# EXHIBIT C

4/21/23, 9:19 AM							The Rogue IMO (2023) - YouTube

☰  ▶YouTube                                                              🔍  🎤  ⋮   ⓘ Sign in



### The Rogue IMO (2023)

 **Family First Life Primetime**
959 subscribers

👍 5   👎   ↗ Share   ≡+ Save   ...

92 views  2 months ago
Join our team!

The 5 Reasons Why This Is The Best Place For You: Show more

 **THE STORY OF ADVANCED MARKET SALES AND WHY IT MATTERS - (feat. Sean Ruggiero)**
Family First Life West Coast
1.1K views · 1 year ago

 **Use these TIMELESS principles to live by and catapult your business and your life - MMWU 93**
Family First Life West Coast
1.9K views · 5 months ago

 **Samantha O'toole: Telesales Class**
Family First Life Primetime
88 views · 2 days ago
New

 **Real Estate Practice Exam Questions 1-50 (2023)**
Real Estate License Wizard
118K views · 3 months ago

 **WH Persuasive Presentations - Pros & Cons of Innovation FGMN 2023**
Blue Ridge Virginia Governor's School
1.5K views · Streamed 7 days ago

**30 days of hustle and grind, no matter what the odds. #30daychallenge #hustlehard #grindmode**
Family First Life Primetime

☰  ▶YouTube                                                                                         Q   🎤   ⋮   ⓐ Sign in


Boston Public Radio Live from the Boston Public Library Tuesday, Feb 21 2023
GBH News
31K views • Streamed 1 month ago


FFL Descripción General de la Empresa
Family First Life Primetime
22 views • 2 months ago


Ordering Your First Batch of Leads
FFL Mediate
3.2K views • 3 years ago


IUL Basics: What You Need to Know
Family First Life Primetime
94 views • 4 weeks ago


Activity, plugging into a live dial team & understanding the psychology of an internet lead are key!
Family First Life Primetime
30 views • 2 weeks ago

The Only Day Trading Video You Should Watch... (Full Course: Beginner To Advanced)
Day Trading Addict ✓
447K views • 1 month ago

Georgia Real Estate Exam 2023 (100 Questions with Explained Answers)
Real Estate Advantage
3.5K views • 4 weeks ago

Insurance Industry: Where Millionaires are Built #sales #insurance #motivational
Family First Life Primetime
2.1K views • 3 months ago

APIs for Beginners 2023 - How to use an API (Full Course / Tutorial)
freeCodeCamp.org ✓
410K views • 2 months ago

Final Project Presentations - Robotics Developer MasterClass 2022
The Construct
44K views • Streamed 5 months ago

Mindset switch to sales #d2dsales #motivational
Family First Life Primetime
88 views • 3 months ago

If someone tells you differently, they are wrong! #insurance #familyfirstlife #insuranceprofessional
Family First Life Primetime
61 views • 2 months ago

How our system overcomes objectives, let us show you how easy! #insurance #sales
Family First Life Primetime
48 views • 2 months ago

Take your efficiency on the phones to the NEXT LEVEL - Training with Daniel Rosales
Family First Life West Coast
1.2K views • 7 months ago