**EXHIBIT D**



## Complete Leads Breakdown FFL-

**Grow Family First Life - FFL**
367 subscribers

 64

Share   Save

2,031 views  Mar 24, 2021
Grady dives into the different lead options and strategies.

Show less

 
Built on monday.

 Sign Up Free
Ad · monday.com

Open A Bank Account, Get $1500

We reimagined cable. Try it free.*


Live TV from 100+ channels. No cable box or long-term contract required. Cancel anytime.

Dismiss   Try it free

https://www.youtube.com/watch?v=OcCmCfqJZUY                                                                 1/3



### What Brand New Agent Did In Just 3 Weeks At Family First Life
Grady Polcyn ✓
10K views · 2 years ago

### SHADI GHARFEH - Schedule and Leadflow to Make $80k in 7 Days
FFL Three Sixty
1.9K views · 1 year ago

### Internet leads for FFL agents from Smart Financial
Rea Pereyra
90 views · 5 months ago

### New Agent Training Calls
Family First Life Gulf Coast

### Family First Life Hall Of Fame Producer Jake K.
Grow Family First Life - FFL
27 views · 2 years ago

### In-Home Tips by Matt Smith
Family First Life Northwest
11K views · 3 years ago

### Agent Protects Over 40 Families A Month Selling Strictly Aged Mortgage Protection
FFL SkyPoint
629 views · 3 weeks ago

### How To One-Call-Close Your Way To The Insurance Hall Of Fame
Grady Polcyn ✓
6.3K views · 1 year ago

### Family First Life Business Overview
FFL The Impact Agency

**We reimagined cable. Try it free.***



Live TV from 100+ channels. No cable box or long-term contract required. Cancel anytime.

...ing with Paul McClain

**Try it free**



≡   ▶ YouTube                                                                    🔍  🎤   ⋮   ⓒ Sign in

👀 $100,000 Final Expense Issued Paid In 5 Months / NAA / Integrity Agent Mike Morice Lays it Down!!

John Davis
3.9K views • 10 months ago

### Mike Pfeil - Product Training
FFL National ✓
1.9K views • 1 year ago

### FFL Life Insurance Agent Spends $4,000 in Leads and Suffered. "Victim of This Scam"
Matthew Leigh
34 views • 1 month ago

### Why Family First Life? FFL
Grow Family First Life - FFL
213 views • 1 year ago

### Ordering Your First Batch of Leads
FFL Medicare
3.2K views • 2 years ago

### Episode 175: No Insurance Experience? No Problem!
FFL U.S.A. ✓
2.4K views • Streamed 1 year ago

### David A. Annuities
Grow Family First Life - FFL
86 views • 2 years ago

Show more

We reimagined cable. Try it free.*



Live TV from 100+ channels. No cable box or long-term contract required. Cancel anytime.

**Try it free**