**EXHIBIT E**

| | |
|---|---|
| **From:** | Family First Life |
| **To:** | kevin.j.vega@gmail.com |
| **Subject:** | Were you in non insurance sales previously? |
| **Date:** | Friday, July 16, 2021 6:00:07 AM |

Hey,

If you're like Kevin you were in sales previously. Which probably means that you like helping and working with people.
The issue that Kevin found as he worked countless hours at his in home remodeling sales position prior to working with FFL, is that the ROI (ROI of his time as well) is not anywhere near what it could be.

Kevin used to spend over 4hrs in one appointment and that's only after he cold door knocked for countless hours/days to be able to find a family that was willing to let him "sell" them. What he finally realized is that there are other simpler and higher income earning potential ways to use his skills and love for the sales industry and helping people.

Insurance sales offer a variety of benefits that other sales positions can't such as; job security as it's a recession proof industry, ability to work off of leads vs cold networking, quick turnaround for income (typically get paid a day or two after you help someone), nationwide need so you can run your business from anywhere, short appointments giving you the time to help a lot of families, and the ability to create a lifetime legacy of passive income with renewals.

The only thing Kevin regrets is not switching his sales career to insurance sales earlier. Don't waste anymore time if you are in a sales career right now, you can make the full career switch or you can add this on the side part time.

Check out the numbers for the week below. Kevin did not make $18k a week at his other sales position, and if you aren't either it's time we talked.

If you have any questions or would like more information feel free to contact and reach out to me. Here's my calendly link and contact information.

Best regards,
Christina Barkley
Hiring Manager
Tel: (843) 870-4619
Email: Christina@ffl-capital.com
Schedule a meeting with me HERE

If you would like a more detailed overview of FFL please click the link below:
https://www.youtube.com/watch?v=kBTZB9d8GyU

Unsubscribe
6050 greenwood plaza Blvd #100 CO 80111