# EXHIBIT F

**From:** Family First Life
**To:** kevin.j.vega@gmail.com
**Subject:** Why maintain the status quo in the insurance industry when you don"t have to?
**Date:** Tuesday, July 6, 2021 9:05:38 AM

Hey ,

We wanted to share some quick info on FFL and how it's changing the industry and raising the status quo of insurance agencies.

### Existing state
"The status quo is the current state of things. Status quo is Latin for "existing state."

When people want to maintain the status quo, they are often resistant to progress, growth, and change.
When it comes to the insurance industry existing in the current state of things means; low commission for the agent, high overrides for the agency or upline, no leads or cold leads, years before the agent is vested in renewals, contracts limiting the agents ability to work and sell where and what they want...

If you want to maintain all that than FFL isn't for you.

*However...*

If you *don't* want to maintain the old status quo, than maybe FFL *is* for you.
We are here to change the existing state to; the highest commission for the agent, low overrides for the agency, warm exclusive leads, 100% vested renewals day 1 for the agent, no contract limiting your ability to be independent, no non-compete stopping you from selling where, when, and what you want...

If you're not afraid of progress, of growth, and of success than reach out and chat with us- https://calendly.com/milehighffl/15min

We aren't afraid to raise the status quo and challenge the existing state that the insurance industry has been operating in for years, so neither should you.

Our IMO is the fastest growing IMO in the nation and this is the reason why. Our CEO and founder, Shawn Meaike, has made it his mission to raise the status quo and put the agents and the clients we serve first.

Click the link below to see how mindset plays a role in raising the status quo in the agents success when you have the right structure to back up that mindset.

Don't get left behind simply maintaining the existence of a system that was not made to benefit the agent, but the agencies only. The time has come for growth and progress and if you want to be a part of it *please reach out.*

Best regards,
Christina Barkley
Hiring Manager
https://www.ffl-capital.com/
Tel: (843) 870-4619
Email: Christina@ffl-capital.com
Schedule a meeting with me HERE

Unsubscribe
6050 greenwood plaza Blvd #100 CO 80111