

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

See Atttached

**Plaintiff,**

**V.**

See Atttached

**Defendant.**

**Civil Action No.**  22cv00815-MMA-SBC

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS Defendant's motion to dismiss without leave to amend for lack of personal jurisdiction.

**Date:**        12/14/23

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Santiago

A. Santiago, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 22cv00815-MMA-SBC

Plaintiff's:
Greg Birch, an Individual and on behalf of all others similarly situated; David Doehring, an Individual and on behalf of all others similarly situated; Michael Borish, an Individual, and on behalf of all others similarly situated; Kevin Vega, an individual; Ramon Fazah, an individual, and on behalf of all other similarly situated.

Defendant's:
Family First Life, LLC, a Connecticut limited liability company; Shawn Meaike, an Individual; Andrew Taylor, an individual